# Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

April 19, 2024

**_VIA ECF_**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   **Doe v. First Unum Life Insurance Company**
      **23-cv-6985-DLC**
      **Joint Motion to Adjourn Initial Pretrial Conference**

Dear Judge Cote:

This firm represents defendant, First Unum Life Insurance Company ("First Unum"). I write on behalf of both parties to request an adjournment of the Initial Pretrial Conference scheduled for April 24, 2024.

There are two reasons for the adjournment. First, I will be out of town on April 24, 2024. Second, the parties have completed discovery in this action (pursuant to a schedule fixed by Judge Crotty on December 19, 2023 (Doc. 17) and have scheduled a private mediation for May 16, 2024. The parties believe that fixing a schedule for next steps in the litigation would be more productive after the mediation.

As noted above, counsel for Plaintiff joins in this motion. Counsel for both parties are available on the following Fridays: May 31, June 7 and June 21, at any time that is convenient for the Court.

Respectfully,

*/s/ Patrick W. Begos*

cc: All Counsel of Record (*via* ECF)

[Handwritten note: The conference is adjourned to June 21 at 2:00 pm.
/s/ Denise Cote
4/19/24]

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP