```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :   23cv6985(DLC)
JOHN DOE, a fictitious name,         :
                                     :        ORDER
                      Plaintiff,     :
            -v-                      :
                                     :
FIRST UNUM LIFE INSURANCE COMPANY,   :
                                     :
                      Defendant.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

Having received the parties' joint letter dated June 11, 2024, it is hereby

ORDERED that the plaintiff's request to proceed anonymously is denied. See United States v. Pilcher, 950 F.3d 39, 42 (2d Cir. 2020). The parties shall confer regarding any material that needs to be redacted or filed under seal. See ECF Rule 21. Any request to redact passages from the complaint must be made by **June 27, 2024.**

IT IS FURTHER ORDERED that the record and the plaintiff's Memorandum of Law shall be filed by **July 19, 2024.** The defendant's Memorandum of Law shall be filed by **August 9, 2024.** Plaintiff's reply shall be filed by **August 23, 2024.** Defendant's reply shall be filed by **August 30, 2024.** On August 30, the parties shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties' request for additional pages for their briefs is granted. The parties may submit opening briefs no longer than 35 pages, and reply briefs of 10 pages.

IT IS FURTHER ORDERED that the June 25, 2025 initial pretrial conference is cancelled.

Dated:   New York, New York
         June 20, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge