```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    23cv6985(DLC)
GUANGYU LI,                              :
                                         :        ORDER
                        Plaintiff,       :
            -v-                          :
                                         :
FIRST UNUM LIFE INSURANCE COMPANY,       :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of September 13, 2024, it is hereby

ORDERED that the deadlines for the parties' replies, as set by the Order of August 4, 2024, remain in effect. The plaintiff's reply is due **September 27, 2024**, and the defendant's reply is due **October 4**. The Court reserves decision on the plaintiff's Proposed Findings of Fact and Conclusions of Law.

Dated:   New York, New York
         September 13, 2024

_____
            DENISE COTE
    United States District Judge