UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUANGYU LI,

                Plaintiff,

-against-                          23 **CIVIL** 6985 (DLC)

## **JUDGMENT**

FIRST UNUM LIFE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 29, 2025, judgment is granted to First Unum; accordingly, the case is closed.

**Dated:**  New York, New York

      January 29, 2025

                                                        **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                      **BY:**

                                                       **Deputy Clerk**